### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULHERN GAS CO., INC., et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>ROBERT J. RODRIGUEZ, et al.,<br><br>                Defendants. | Case No. 1:23-cv-01267 (GTS/CFH)<br><br>**STIPULATION AND [PROPOSED] ORDER ACCEPTING SERVICE AND EXTENDING TIME TO RESPOND TO COMPLAINT** |

### **STIPULATION**

In order to avoid unnecessary expenses of service and provide Defendants adequate time to respond to the complaint, the parties jointly stipulate and request that the Court order as follows:

1.    On October 19, 2023, Defendants' undersigned counsel accepted service of the summons, complaint, and General Order No. 25 Civil Case Assignment and Filing Order in this action on behalf of all defendants.

2.    Defendants' deadline to answer or otherwise respond to the complaint is extended until December 18, 2023, 60 days from the date of service.

Dated: October 24, 2023

/s/ Sarah O. Jorgensen
Sarah O. Jorgensen (NDNY Bar No. 704794)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
sjorgensen@reichmanjorgensen.com

Courtland L. Reichman (*pro hac vice* pending)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
creichman@reichmanjorgensen.com

Caroline M. Walters (NDNY Bar No. 704759)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
400 Madison Ave., Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
cwalters@reichmanjorgensen.com

Brian C. Baran (*pro hac vice* pending)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1909 K St. NW, Suite 800
Washington, DC 20006
Telephone: (202) 864-7310
bbaran@reichmanjorgensen.com

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ Laura Mirman-Heslin
Laura Mirman-Heslin (NDNY Bar No. 704855)
Assistant Attorney General
New York State Office of Attorney General
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6091
Laura.Mirman-Heslin@ag.ny.gov

*Attorney for Defendants*

**IT IS SO ORDERED.**

Dated: _____       _____

Hon. Christian F. Hummel
U.S. Magistrate Judge

2