U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Dec 15 - 2023
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

MULHERN GAS CO., INC., et al.,

        Plaintiffs,

v.

ROBERT J. RODRIGUEZ, et al.,

        Defendants.

Case No. 1:23-cv-01267 (GTS/CFH)

**STIPULATION AND
ORDER DEFERRING RULE 26(A)(1)
INITIAL DISCLOSURES**

## STIPULATION

The parties' mandatory initial disclosures under Federal Rule of Civil Procedure 26(a)(1) are currently due January 3, 2024, seven days before the initial case management conference. ECF No. 4 at 6. In this matter, Plaintiffs challenge the facial validity of certain impending provisions of the New York Energy Law and New York Executive Law. Because the parties do not anticipate that this case will involve fact issues requiring discovery, the parties agree that exchanging initial disclosures as scheduled would not advance the resolution of this matter and therefore would present an unnecessary burden. The parties therefore jointly stipulate and request that the Court order as follows:

1.     The requirement to serve initial disclosures under Rule 26(a)(1) is suspended.

2.     If any of the following events occur, the requirement will be reinstated and the parties must exchange initial disclosures within 30 days, unless the Court sets a different time:

    a.   the parties agree to exchange initial disclosures;

    b.   the Court determines under Rule 56(d) that discovery is necessary to resolve an issue presented in a summary judgment motion; or

    c.   the Court otherwise orders the parties to exchange initial disclosures.

Dated: December 13, 2023

/s/ Sarah O. Jorgensen
Sarah O. Jorgensen (NDNY Bar No. 704794)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
sjorgensen@reichmanjorgensen.com

Courtland L. Reichman (*pro hac vice*)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
creichman@reichmanjorgensen.com

Caroline M. Walters (NDNY Bar No. 704759)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
400 Madison Ave., Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
cwalters@reichmanjorgensen.com

Brian C. Baran (*pro hac vice*)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1909 K St. NW, Suite 800
Washington, DC 20006
Telephone: (202) 864-7310
bbaran@reichmanjorgensen.com

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ Laura Mirman-Heslin (as authorized)
Laura Mirman-Heslin (NDNY Bar No. 704855)
Assistant Attorney General
New York State Office of Attorney General
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6091
Laura.Mirman-Heslin@ag.ny.gov

*Attorney for Defendants*

**IT IS SO ORDERED.**

Dated:   12/15/2023

*[signature: Christian F. Hummel]*
Christian F. Hummel
U.S. Magistrate Judge