IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

MULHERN GAS CO., INC., et al.,

            Plaintiffs,

v.

ROBERT J. RODRIGUEZ, et al.,

            Defendants.

Case No. 1:23-cv-01267 (GTS/CFH)

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF**

## STIPULATION

On December 18, 2023, Defendants filed a motion, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss certain of the Defendants from this action. On January 8, 2024, Plaintiffs filed their opposition to that motion and the reply brief is currently due on January 16, 2024. Due to the press of other work and planned vacation time for Defendants' counsel, Defendants contacted Plaintiffs' counsel to request agreement to a one-week extension of the deadline for Defendants to file their reply brief and Plaintiffs have no opposition to that requested extension. The parties therefore jointly stipulate and request that the Court order as follows:

    1.    Defendants' deadline to file their reply brief shall be extended until January 23, 2024.

| | |
|---|---|
| Dated: January 9, 2024 | Respectfully submitted, |
| */s/Sarah O. Jorgensen* | */s/ Gavin G. McCabe* |
| Sarah O. Jorgensen (NDNY Bar No. 704794) | Gavin G. McCabe (NDNY Bar No. 704875) |
| REICHMAN JORGENSEN | Timothy Hoffman |
| LEHMAN & FELDBERG LLP | Christopher Gore |
| 1201 West Peachtree Street, Suite 2300 | Laura Mirman-Heslin |
| Atlanta, GA 30309 | Assistant Attorney General |
| Telephone: (404) 609-1040 | New York State Office of Attorney General |
| sjorgensen@reichmanjorgensen.com | Environmental Protection Bureau |
| | 28 Liberty Street |
| Courtland L. Reichman (*pro hac vice*) | New York, NY 10005 |
| REICHMAN JORGENSEN | Telephone: (212) 416-8469 |
| LEHMAN & FELDBERG LLP | Gavin.McCabe@ag.ny.gov |
| 100 Marine Parkway, Suite 300 | |
| Redwood Shores, CA 94065 | *Attorneys for Defendants* |
| Telephone: (650) 623-1401 | |
| creichman@reichmanjorgensen.com | |

Caroline M. Walters (NDNY Bar No. 704759)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
400 Madison Ave., Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
cwalters@reichmanjorgensen.com

Brian C. Baran (*pro hac vice*)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1909 K St. NW, Suite 800
Washington, DC 20006
Telephone: (202) 864-7310
bbaran@reichmanjorgensen.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____       _____

                                Hon. Christian F. Hummel
                                U.S. Magistrate Judge