IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULHERN GAS CO., INC., et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>WALTER T. MOSLEY, in his official capacity as New York Secretary of State,<br><br>                Defendant. | Case No. 1:23-cv-01267 (GTS/CFH)<br><br>**STIPULATION AND [PROPOSED] ORDER DEFERRING RULE 26(A)(1) INITIAL DISCLOSURES** |

## STIPULATION

In this matter, Plaintiffs challenge the facial validity of certain New York statutory provisions. Because the parties do not anticipate that this case will involve fact issues requiring discovery, the parties agree that exchanging initial disclosures as scheduled would not advance the resolution of this matter and therefore would present an unnecessary burden.

For these reasons, and at the parties' request, the Court previously suspended the requirement to serve initial disclosures under Federal Rule of Civil Procedure 26(a)(1). Dkt. 17. The Court's September 12, 2024 notice of conference calls for initial disclosures to be exchanged by October 2, 2024. Dkt. 30.

Because the parties still do not anticipate that this case will involve fact issues requiring discovery, the parties jointly stipulate and request that the Court order as follows:

    1.    The requirement to serve initial disclosures under Rule 26(a)(1) is suspended.

    2.    If any of the following events occur, the requirement will be reinstated and the parties must exchange initial disclosures within 30 days, unless the Court sets a different time:

        a.  the parties agree to exchange initial disclosures;

        b.  the Court determines under Rule 56(d) that discovery is necessary to resolve an

    issue presented in a summary judgment motion; or

  c. the Court otherwise orders the parties to exchange initial disclosures.

| | |
|---|---|
| Dated: September 18, 2024 | Respectfully submitted, |
| */s/ Sarah O. Jorgensen* | */s/ Gavin G. McCabe* (as authorized) |
| Sarah O. Jorgensen (NDNY Bar No. 704794) | Gavin G. McCabe (NDNY Bar No. 704875) |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | Timothy Hoffman |
| 1201 West Peachtree Street, Suite 2300 | Christopher Gore |
| Atlanta, GA 30309 | Laura Mirman-Heslin |
| Telephone: (404) 609-1040 | Assistant Attorneys General |
| sjorgensen@reichmanjorgensen.com | New York State Office of Attorney General |
| | Environmental Protection Bureau |
| Courtland L. Reichman (*pro hac vice*) | 28 Liberty Street |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | New York, NY 10005 |
| 100 Marine Parkway, Suite 300 | Telephone: (212) 416-8469 |
| Redwood Shores, CA 94065 | Gavin.McCabe@ag.ny.gov |
| Telephone: (650) 623-1401 | |
| creichman@reichmanjorgensen.com | *Attorneys for Defendant* |
| | |
| Caroline M. Walters (NDNY Bar No. 704759) | |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | |
| 400 Madison Ave., Suite 14D | |
| New York, NY 10017 | |
| Telephone: (212) 381-1965 | |
| cwalters@reichmanjorgensen.com | |
| | |
| Brian C. Baran (*pro hac vice*) | |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | |
| 1909 K St. NW, Suite 800 | |
| Washington, DC 20006 | |
| Telephone: (202) 864-7310 | |
| bbaran@reichmanjorgensen.com | |
| | |
| *Attorneys for Plaintiffs* | |

**IT IS SO ORDERED.**

Dated: _____      _____

                  Hon. Christian F. Hummel
                  U.S. Magistrate Judge