UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULHERN GAS CO., INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WALTER T. MOSLEY, in his official capacity as New York Secretary of State,<br><br>Defendant. | CIVIL ACTION NO. 1:23-cv-01267 (GTS/CFH) |

**ORDER**

WHEREAS Plaintiffs and Defendant filed dispositive motions on November 5, 2024, with oppositions due on December 10, 2024, and replies due on December 20, 2024;

WHEREAS Plaintiffs and Defendant anticipate that the resolution of one or both of the November 5 dispositive motions will dispose of the present litigation;

WHEREAS the Court has considered the unopposed motion of New York Geothermal Energy Organization and PUSH Buffalo ("Intervenors") to intervene as defendants for the limited purpose of opposing Plaintiffs' motion for summary judgment;

It is hereby ORDERED that the motion is GRANTED. Intervenors may participate as defendants for the limited purpose of opposing Plaintiffs' motion for summary judgment.

It is further ORDERED that Intervenors' brief in opposition is limited to 15 pages, and that Plaintiffs may address both opposition briefs in a single reply of up to 20 pages, and that all briefs will follow the existing briefing schedule.

DATED:   November 25, 2024

Glenn T. Suddaby
U.S. District Judge

1