# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULHERN GAS CO., INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WALTER T. MOSLEY, in his official capacity as Secretary of State,<br><br>　　　　　　　Defendant,<br><br>NEW YORK GEOTHERMAL ENERGY ORGANIZATION; and PUSH BUFFALO,<br><br>　　　　　　　Intervenor-Defendants. | Case No. 1:23-cv-01267 (GTS/PJE)<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** |

　　　　The Court's July 23, 2025 Decision and Order rejected Plaintiffs' sole claim on the merits and therefore directed Plaintiffs to show cause why summary judgment should not be granted against them. Dkt. 64. Given the Court's decision on their preemption claim—and without waiving their right to appeal—Plaintiffs acknowledge that the Court should enter judgment for Defendant.

Dated: July 25, 2025

Caroline M. Walters (NDNY Bar No. 705759)
REICHMAN JORGENSEN
　　LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
cwalters@reichmanjorgensen.com

Brian C. Baran (*Pro Hac Vice*)
REICHMAN JORGENSEN
　　LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
bbaran@reichmanjorgensen.com

Respectfully submitted,

*/s/ Sarah O. Jorgensen*
Sarah O. Jorgensen (NDNY Bar No. 704794)
REICHMAN JORGENSEN
　　LEHMAN & FELDBERG LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
sjorgensen@reichmanjorgensen.com

Courtland L. Reichman (*Pro Hac Vice*)
REICHMAN JORGENSEN
　　LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
creichman@reichmanjorgensen.com

*Attorneys for Plaintiffs*