# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULHERN GAS CO., INC., et al.,<br><br>                        Plaintiffs,<br><br>     v.<br><br>WALTER T. MOSLEY, in his official capacity as New York Secretary of State,<br><br>                        Defendant,<br><br>NEW YORK GEOTHERMAL ENERGY ORGANIZATION; and PUSH BUFFALO,<br><br>                        Intervenor-Defendants. | Case No. 1:23-cv-01267 (GTS/PJE)<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

       All Plaintiffs—Mulhern Gas Co., Inc.; New York State Builders Association; National Association of Home Builders; New York Propane Gas Association; National Propane Gas Association; Northeast Hearth, Patio and Barbecue Association; Plumbing Contractors Association of Long Island; Licensed Plumbing Association of New York City, Inc., d/b/a Master Plumbers Council of the City of New York; Holmes Mech. LLC; International Brotherhood of Electrical Workers Local 1049; Plumbers Local Union No. 200; International Brotherhood of Electrical Workers Local Union 97; and Transport Workers Union Local 101, AFL-CIO—appeal to the United States Court of Appeals for the Second Circuit from the judgment entered August 21, 2025 (Dkt. 67).

<table>
<tr><td>Dated: August 22, 2025</td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>/s/ Sarah O. Jorgensen</td></tr>
<tr><td>Caroline M. Walters (NDNY Bar No. 705759)<br>REICHMAN JORGENSEN<br>    LEHMAN & FELDBERG LLP<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>cwalters@reichmanjorgensen.com</td><td>Sarah O. Jorgensen (NDNY Bar No. 704794)<br>REICHMAN JORGENSEN<br>    LEHMAN & FELDBERG LLP<br>1201 West Peachtree Street, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (404) 609-1040<br>sjorgensen@reichmanjorgensen.com</td></tr>
<tr><td>Brian C. Baran (*Pro Hac Vice*)<br>REICHMAN JORGENSEN<br>    LEHMAN & FELDBERG LLP<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>bbaran@reichmanjorgensen.com</td><td>Courtland L. Reichman (*Pro Hac Vice*)<br>REICHMAN JORGENSEN<br>    LEHMAN & FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>creichman@reichmanjorgensen.com<br><br>*Attorneys for Plaintiffs*</td></tr>
</table>