

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on August 22, 2025 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 22nd day of August, 2025. By:

s/ Heather Merritt, Deputy Clerk

### Case Information

| | |
|---|---|
| Case Name & Case No. | Mulhern Gas Co., Inc., et al. v. Mosley, et al. **1:23-cv-1267 (GTS/PJE)** |
| Docket No. of Appeal: | 68 |
| Document Appealed: | 67 - Judgment |

Fee Status:   Paid  X      Due __      Waived (IFP/CJA) __      IFP revoked __
              Application Attached __      IFP pending before USDJ __

Counsel:      Retained  X      Pro Se __

Time Status:  Timely  X      Untimely __