**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

MULHERN GAS CO., INC., et al.,

Plaintiffs,

v.

WALTER T. MOSLEY, in his official capacity as New York Secretary of State,

Defendant.

Case No. 1:23-cv-01267 (GTS/CFH)

**PLAINTIFFS' NOTICE OF MOTION FOR INJUNCTION PENDING APPEAL**

**Please take notice** that Plaintiffs hereby move for an injunction pending appeal under Federal Rule of Civil Procedure 62(d) in order to maintain the status quo while the Second Circuit considers the difficult and novel legal question this case presents. This motion is based on the attached Memorandum of Law.

Dated: September 10, 2025

Respectfully submitted,


/s/ Sarah O. Jorgensen
Sarah O. Jorgensen (NDNY Bar No. 704794)
Reichman Jorgensen Lehman & Feldberg LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
sjorgensen@reichmanjorgensen.com

Caroline M. Walters (NDNY Bar No. 705759)
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
cwalters@reichmanjorgensen.com

Courtland L. Reichman (*Pro Hac Vice*)
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
creichman@reichmanjorgensen.com

Brian C. Baran (*Pro Hac Vice*)
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
bbaran@reichmanjorgensen.com

*Attorneys for Plaintiffs*