IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULHERN GAS CO., INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WALTER T. MOSLEY, in his official capacity as New York Secretary of State,<br><br>　　　　　　　Defendant,<br><br>NEW YORK GEOTHERMAL ENERGY ORGANIZATION; and PUSH BUFFALO,<br><br>　　　　　　　Intervenor-Defendants. | Case No. 1:23-cv-01267 (GTS/PJE)<br><br>**PLAINTIFFS' NOTICE OF INTENT TO SEEK AN INJUNCTION PENDING APPEAL IN THE SECOND CIRCUIT** |

　　　　Plaintiffs hereby provide notice to the Court and parties that, absent a ruling on their motion for an injunction pending appeal by November 10, 2025, Plaintiffs intend to move in the Second Circuit for an injunction pending appeal. *See* Fed. R. App. P. 8(a)(2)(A)(ii) (authorizing such a motion when "a motion having been made" in the district court, "the district court . . . failed to afford the relief requested").

　　　　Plaintiffs moved in this Court for an injunction pending appeal on September 10, 2025. Dkt. 70. The motion has been fully briefed since October 8, 2025. Dkts. 71, 72.

　　　　Without an injunction, New York's gas ban will take effect December 31, 2025. N.Y. Energy § 11-104(6)-(8); N.Y. Exec. § 378(19). Because it will take as many as 17 days from filing to fully brief a motion for injunction pending appeal in the Second Circuit, *see* Fed. R. App. P. 27(a)(3)-(4), Plaintiffs must begin that process by mid-November in order to give the Second Circuit time to rule before the gas ban's effective date.

　　　　Plaintiffs therefore respectfully request that the Court issue any decision on their motion by November 10.

1

| | |
|---|---|
| Dated: November 3, 2025 | Respectfully submitted, |
| | */s/ Sarah O. Jorgensen* |
| Caroline M. Walters (NDNY Bar No. 705759)<br>REICHMAN JORGENSEN<br>　　LEHMAN & FELDBERG LLP<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>cwalters@reichmanjorgensen.com | Sarah O. Jorgensen (NDNY Bar No. 704794)<br>REICHMAN JORGENSEN<br>　　LEHMAN & FELDBERG LLP<br>1201 West Peachtree Street, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (404) 609-1040<br>sjorgensen@reichmanjorgensen.com |
| Brian C. Baran (*Pro Hac Vice*)<br>REICHMAN JORGENSEN<br>　　LEHMAN & FELDBERG LLP<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>bbaran@reichmanjorgensen.com | Courtland L. Reichman (*Pro Hac Vice*)<br>REICHMAN JORGENSEN<br>　　LEHMAN & FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>creichman@reichmanjorgensen.com |
| | *Attorneys for Plaintiffs* |