

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## SUPPLEMENTAL ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on November 18, 2025 the Honorable Glenn T. Suddaby approved a Stipulation settling the motion for injunction (Dkt. No. 70) pending appeal.  This notice serves to inform you of this information.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 18th day of November, 2025.

By:    Shelly Muller
        Deputy Clerk

Clerk of Court

### Case Information

| | |
|---|---|
| Case Name & Case No. | Mulhern Gas Co. Inc., et al. v. Mosley, et al., 1:23-cv-1267 |
| Docket No. of Appeal: | 68 |
| Document Appealed: | 67 - Judgment |

Fee Status:    Paid

Counsel:    Retained

Time Status:    Timely